No. 571. SPENCER KELLOGG & SONS, INC., *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank Gibbons* for petitioner. *Solicitor General Mitchell* and *Assistant to the Attorney General Donovan* for the United States.

No. 583. DAISY L. BURNESON *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Frank F. Gentsch* and *Joseph W. Heintzman* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for the United States.

No. 563. OTIS ELEVATOR COMPANY *v.* LOIS HOSKINS AND HOTEL RANDOLPH COMPANY. November 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Iowa denied. The Chief Justice took no part in the consideration or decision of the petition for a writ of certiorari in this case. *Messrs. Edwin W. Sims, Elwood G. Godman.* and *James L. Coleman* for petitioner. *Messrs. Joseph G. Gamble, Donald Evans, Clifford B. Cox* and *Wm. F. Riley* for respondent.

No. 490. MOLLIE TIGER AND BABY CUMSEY, BY C. L. GARBER ET AL. *v.* F. S. LOZIER ET AL. See *ante,* p. 496.

No. 497. WARREN E. BROWN ET AL. *v.* LOUIS H. KRIETMEYER. See *ante,* p. 496.

No. 558. KUNGLIG JARNVAGSSTYRELSEN, ALSO KNOWN AS THE ROYAL ADMINISTRATION OF THE SWEDISH STATE RAILWAYS, *v.* NATIONAL CITY BANK OF NEW YORK AND DEXTER & CARPENTER, INC.; and

No. 559. SAME *v.* DEXTER & CARPENTER. See *ante,* p. 497.